IN THE SUPREME COURT

| 099P13 | Christopher Manley Thompson v. State of North Carolina | Pet's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/26/13** |
|---|---|---|---|
| 100P13 | State v. Dana Michael Berrier | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Davidson County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot<br><br>**Beasley, J. Recused** |
| 104P12 | State v. Gregory R. Chapman | 1. State's PDR under N.C.G.S. § 7A-31 (COA11-229)<br><br>2. State's Petition in the Alternative for *Writ of Certiorari* to Review Order of COA | 1. Dismissed<br><br>2. See Special Order |
| 104P13 | State v. Jimmy Kevin Brittain | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **03/04/13** |
| 138P12 | State v. Dartanya Levon Eaton | 1. State's Motion for Temporary Stay (COA11-956)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/02/12** Dissolved the Stay **03/07/13**<br><br>2. Denied<br><br>3. Denied |
| 168P09-10 | State v. Clyde Kirby Whitley | Def's *Pro Se* Motion for Petition for Rehearing (COAP11-794) | Dismissed |
| 195PA11-2 | State v. Samuel Kris Hunt | 1. State's Petition for *Writ of Supersedeas* (COA10-666-2)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's NOA Based Upon a Dissent<br><br>5. Def's NOA Based Upon a Constitutional Question<br><br>6. Def's PDR as to Additional Issues<br><br>7. State's Motion to Dismiss Appeal<br><br>8. State's Conditional PDR as to Additional Issues | 1. Allowed<br><br>2. Allowed **08/03/12**<br><br>3. Allowed<br><br>4. - - -<br><br>5. - - -<br><br>6. Denied<br><br>7. Allowed<br><br>8. Dismissed as Moot |